


Shekesha Renee Shelton
4749 East Twinflower Place
Tucson, AZ 85756
(520) 808-8061

**IN UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shekesha Renee Shelton,<br>Plaintiff,<br><br>v.<br><br>Tucson Unified School District;<br>Tonya Strozier,<br>Defendant(s). | CASE NUMBER:<br>CV18- 187TUC JGZ<br><br>**COMPLAINT** |

## Jurisdiction

This court has jurisdiction over this matter pursuant to Title VII, the ADA, GINA, ADEA 1. Ms. Shekesha Shelton the claimant is a former 4th grade teacher for Tucson Unified School District. 2.Ms. Shelton was poorly evaluated on her teacher evaluations at the beginning if the 2015-16 school year and at the end of the 2015-16 school year. 3. Ms. Shelton was at the end of her pregnancy when she was evaluated initially and suffering from postpartum depression towards the end of the school year. 4 Ms. Shelton had never been poorly evaluated prior to the 2015-16 school year. 5 The defendant is Tucson Unified School District with Tonya Strozier the current principal at Holladay Magnet School. 6.The defendant Tonya Strozier also failed to accommodate the claimant to breast pump on May 19, 2016 and after 40 minutes, still no accommodations were made. 7 On May 19,2016, the claimant Ms. Shelton was engorged and suffered from an anxiety attack. Basis of: retaliation against an individual for filing a charge of discrimination, participating in an investigation, opposing discriminatory practices -employment decisions based on assumptions about the abilities, traits, or performances of individuals with disabilities. Title VII Pregnancy Based Discrimination-Pregnancy, childbirth related medical conditions treated in way as other temporary illnesses or conditions §§. The plaintiff is a resident of Tucson, Pima County, AZ and a citizen of the United States. The defendant, , is a resident of Tucson, AZ and a citizen of the United States. The defendant, is a resident of Tucson, AZ and a citizen of the United States. The cause of action arose in the Tucson division.

## Complaint

1.Ms. Shelton was given a teacher evaluation the same week she left to go on maternity leave. 2.Ms. Shelton was evaluated all 1's and 2's on a rubric scaled from 1-4. 3.Ms. Shelton's prior evaluations in previous years were evaluated earning mostly 3's and 4's. 4.Ms. Shelton participated in a Teacher Support Plan to abide by Principal Tonya Strozier's recommendations. 5. Ms. Strozier evaluated Ms. Shelton again at the end of the 2015-16 school year and again gave Ms. Shelton 1's and 2's entirely. 6.Tonya Strozier had accommodated Ms. Shelton's request to breast pump outside her classroom and she also had other staff to relieve Ms. Shelton. 7 On May 19,2016 Tonya Strozier failed to relieve Ms. Shelton over a 40-minute time span to allow her to breast pump. 8 Ms. Shelton suffered from postpartum depression and on May 19,2016 she was engorged, her hands trembled and suffered a massive anxiety attack. 9Due to high anxiety Ms. Shelton had Ms. Ophelia Martinez to take over her classroom. 10 Ms. Shelton removed herself from her classroom and school as she was engorged and had a soiled brassiere and blouse from breast milk leaking. 11. Ms. Shelton let it be known she was leaving before walking out. 12. Ms. Shelton requested a mediation while working via email with her supervisor Tonya Strozier and it never happened. 13. The EEOC also requested a mediation with TUSD and they declined. 14. The EEOC had given the claimant a right to sue.

## Demand

1.Claimant would like to be evaluated by an independent evaluator (outside of the TUSD) selected by the courts and paid for by TUSD so the claimant can have a fair evaluation of a lesson.2. The claimant like a formal apology in writing from Ms. Strozier and the TUSD regarding not accommodating her breast pumping in a timely manner, not allowing for any sort of prompt mediation and evaluating her poorly (is at least 2-3 paragraphs long and not repetitive in nature.3. The claimant would like payment of pain and suffering for 2 years of a TUSD teacher salary, due to the distress the ordeal has cost me and needing a hiatus from teaching. Using a pay scale for a 6th and 7th year teacher. As, the claimant stopped teaching elementary after 5 years for TUSD at Holladay Magnet School. **Damages: $72,400** This is the amount that I would have earned as a teacher working at TUSD due to past salary wages of $36,200 as a salary for one year. The claimant felt wrongly evaluated and suffered from work-related esteem issues related to poor evaluation of her performance as a teacher and was discouraged to teach for 2 entire school years. The Plaintiff wants a trial by jury.

Date: 4/10/2018

Shekesha Shelton
Signature of Pro Se Plaintiff

Shekesha Renee Shelton
4749 East Twinflower Place
Tucson, AZ 85756
(520) 808-8061