# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shekesha Renee Shelton,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Tucson Unified School District, et al.,<br><br>　　　　Defendants. | **NO. CV-18-00187-TUC-JGZ**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed May 3, 2019, which granted the Motion for Summary Judgment, judgment is entered in favor of TUSD.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 3, 2019

　　　　　　　　　　　　　　　　　　s/ D. Curiel
　　　　　　　　　　　　　　　By　 Deputy Clerk